UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BREANNA JEWELL, Administrator of the Estate of Carl David Jewell,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. MAPLES, JR., CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY, JASON HARTSFIELD, RYAN BERTE, DYLAN BROWN CONNOR FERGUSON, ESTATE OF MICHAEL FLEENOR, MICHAEL JONES, BRADY WEATHERFORD, ROBERT WOODS, CARMEN ANDRES, SOUTHERN HEALTH PARTNERS, INC., GRETA BLACKSHEAR, SANDRA MCKINNEY, MONT'ASHA MURPHY, JULIE PEREZ, LYNETTE SULLIVAN, DANIEL DAY, HUNTER POWELL, UNKNOWN CLARK COUNTY SHERIFF'S OFFICE EMPLOYEES, And UNKNOWN MEDICAL STAFF,<br><br>Defendants. | No. 4:26-cv-174-TWP-KMB |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant(s) SANDRA MCKINNEY AND LYNETTE SULLIVAN

Dated: 9/10/2026

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*

Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204

Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
*Counsel for Defendants Sandra McKinney, Mont'asha Murphy, Lynette Sullivan and Southern Health Partners, Inc.*

## CERTIFICATE OF SERVICE

I certify that on **September 10, 2026**, a copy of the foregoing ***Appearance*** was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Amy Robinson Staples
Elliot Slosar
Jon Loevy
Julia T. Quinn
**Loevy & Loevy**
amy@loevy.com
elliott@loevy.com
jon@loevy.com
jquinn@loevy.com
*Counsel for Plaintiff*

*/s/ Douglass R. Bitner*
Douglass R. Bitner