UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BREANNA JEWELL, Administrator of the Estate of Carl David Jewell,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. MAPLES, JR., CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY, JASON HARTSFIELD, RYAN BERTE, DYLAN BROWN CONNOR FERGUSON, ESTATE OF MICHAEL FLEENOR, MICHAEL JONES, BRADY WEATHERFORD, ROBERT WOODS, CARMEN ANDRES, SOUTHERN HEALTH PARTNERS, INC., GRETA BLACKSHEAR, SANDRA MCKINNEY, MONT'ASHA MURPHY, JULIE PEREZ, LYNETTE SULLIVAN, DANIEL DAY, HUNTER POWELL, UNKNOWN CLARK COUNTY SHERIFF'S OFFICE EMPLOYEES, And UNKNOWN MEDICAL STAFF,<br><br>Defendants. | No. 4:26-cv-174-TWP-KMB |

**<u>DEFENDANTS' NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME</u>**

NOW COME the Defendants, SANDRA MCKINNEY, MONT'ASHA MURPHY, LYNETTE SULLIVAN and SOUTHERN HEALTH PARTNERS, INC by their attorney DOUGLASS R. BITNER of STOLL KEENON OGDEN PLLC, and for their Notice of automatic initial extension of time up to and including October 8, 2026, states as follows:

1) Plaintiff's Complaint was filed on July 6, 2026.

2) Defendants SHP and Sullivan were served on August 20, 2026. Defendant McKinney was served on September 8, 2026 and Defendant Murphy was served on August 31, 2026.

3) Pursuant to Federal Nursing Home Reform Act.R.Civ.P. 12(a), these Defendants' responsive pleading is presently due, at the earliest, on September 10, 2026.

4) The deadline has not expired and has not been previously extended.

5) These Defendants reasonably require an automatic initial extension of time of up to twenty-eight (28) days to investigate the allegations of Plaintiff's Complaint and prepare a response pursuant to Local Rule 6-1(a).

6) The extension does not interfere with a Case Management Plan, scheduling hearings or trials, or other deadlines set by Court order. Moreover, this extension would put Defendants responsive pleading deadline consistent with the current deadlines for other defendants following their extension of time.

7) The undersigned has unsuccessfully attempted to confer with Plaintiff's counsel regarding this automatic initial extension of time.

WHEREFORE, the Defendants, Sandra McKinney, Mont'asha Murphy, Lynette Sullivan and Southern Health Partners, Inc., hereby provide notice of their automatic initial extension of time to file a responsive pleading.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*

Douglass R. Bitner, Attorney No. 34981-49
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com

*Counsel for Defendants Sandra McKinney, Mont'asha Murphy, Lynette Sullivan and Southern Health Partners, Inc.*

## CERTIFICATE OF SERVICE

I certify that on **September 10, 2026**, a copy of the foregoing ***Notice of Automatic Initial Extension of Time*** was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Amy Robinson Staples
Elliot Slosar
Jon Loevy
Julia T. Quinn
**Loevy & Loevy**
amy@loevy.com
elliott@loevy.com
jon@loevy.com
jquinn@loevy.com
*Counsel for Plaintiff*

R. Jeffrey Lowe
**Kightlinger & Gray, LLP**
jlowe@k-glaw.com
*Counsel for Co-Defendants*

Justin M. Schaefer
Patrick Muldoon
**Barnes Maloney PLLC**
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Co-Defendants*

*/s/ Douglass R. Bitner*
Douglass R. Bitner