UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BREANNA JEWELL, Administrator of the Estate of Carl David Jewell,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. MAPLES, JR., CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY, JASON HARTSFIELD, RYAN BERTE, DYLAN BROWN CONNOR FERGUSON, ESTATE OF MICHAEL FLEENOR, MICHAEL JONES, BRADY WEATHERFORD, ROBERT WOODS, CARMEN ANDRES, SOUTHERN HEALTH PARTNERS, INC., GRETA BLACKSHEAR, SANDRA MCKINNEY, MONT'ASHA MURPHY, JULIE PEREZ, LYNETTE SULLIVAN, DANIEL DAY, HUNTER POWELL, UNKNOWN CLARK COUNTY SHERIFF'S OFFICE EMPLOYEES, And UNKNOWN MEDICAL STAFF,<br><br>Defendants. | No. 4:26-cv-174-TWP-KMB |

**DEFENDANTS, SOUTHERN HEALTH PARTNERS, INC., SANDRA McKINNEY, LPN, MONT'ASHA MURPHY, LPN, AND LYNETTE SULLIVAN, NP'S ANSWER TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, SANDRA MCKINNEY, MONT'ASHA MURPHY, LYNETTE SULLIVAN and SOUTHERN HEALTH PARTNERS, INC. (collectively, the "Answering Defendants"), by their attorney DOUGLASS R. BITNER of STOLL KEENON OGDEN PLLC, and for their Answer to Plaintiff's Complaint state as follows:

1. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

2. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

3. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

4. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

5. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

6. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

7. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

8. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

9. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

10. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

11. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

12. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

13. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph of Plaintiff's Complaint.

14. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

15. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

16. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

17. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

18. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

19. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

20. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

21. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

22. The Answering Defendants admit the allegations contained in this Paragraph.

23. The Answering Defendants admit the allegations contained in this Paragraph.

24. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

25. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

26. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

27. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

28. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

29. As to Paragraph 29, Answering Defendants admit that Greta Blackshear, Sandra McKinney, Mont'asha Murphy, Julie Perez and Lynette Sullivan were all, during times relevant, employed by Southern Health Partners, Inc.

30. As to Paragraph 30, Southern Health Partners, Inc. admits it is a private corporation contracted with the Clark County Sheriff's Office to provide health care services to detainees at the Clark County Jail.

31. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

32. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

33. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

34. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

35. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

36. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

37. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

38. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

39. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

40. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

41. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

42. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

43. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

44. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

45. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

46. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

47. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

48. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

49. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

50. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

51. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

52. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

53. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

54. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

55. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

56. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

57. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

58. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

59. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

60. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

61. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

62. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

63. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

64. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

65. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

66. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

67. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

68. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

69. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

70. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

71. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

72. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

73. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

74. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

75. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

76. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

77. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

78. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

79. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

80. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

81. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

82. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

83. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

84. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

85. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

86. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

87. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

88. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

89. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

90. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

91. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

92. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

93. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

94. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

95. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

96. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

97. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

98. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

99. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

100. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

101. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

102. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

103. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

104. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

105. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

106. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

107. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

108. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

109. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

110. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

111. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

112. .The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

113. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

114. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

115. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

116. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

117. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

118. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

119. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

120. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

121. The responses of Answering Defendants stated above are incorporated as if restated herein.

122. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

123. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

124. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

125. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

126. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

127. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

128. The responses of Answering Defendants stated above are incorporated as if restated herein.

129. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

130. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

131. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

132. The responses of Answering Defendants stated above are incorporated as if restated herein.

133. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

134. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

135. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

136. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

137. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

138. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

139. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

140. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

141. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

142. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

143. The Answering Defendants are without sufficient information to form a belief and therefore deny the allegations contained in this Paragraph.

144. The responses of Answering Defendants stated above are incorporated as if restated herein.

145. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

146. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

147. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

148. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

149. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

150. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

151. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

152. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

153. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

154. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

155. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

156. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

157. The responses of Answering Defendants stated above are incorporated as if restated herein.

158. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

159. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

160. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

161. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

162. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

163. The responses of Answering Defendants stated above are incorporated as if restated herein.

164. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

165. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

166. The responses of Answering Defendants stated above are incorporated as if restated herein.

167. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

168. The Answering Defendants deny the allegations contained in this Paragraph of Plaintiff's Complaint.

GENERAL DENIAL

- Any allegation not specifically admitted is hereby denied.

## **JURY DEMAND**

DEFENDANTS DEMAND TRIAL BY JURY

## AFFIRMATIVE DEFENSES

1. Pursuant to Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007) and Ashcroft v. Iqbal, 129 S.Ct. 1937 (2009), Plaintiff's Complaint is insufficient in that it fails to specifically allege or otherwise establish that personal jurisdiction over these Defendants is appropriate in this case. Pursuant to Fed.R.Civ.P. 12(h), these Defendants do not waive the defense of lack of personal jurisdiction by filing this Answer and expressly reserves the right to contest any future allegations should the deficiencies in Plaintiff's Complaint be corrected regarding personal jurisdiction and/or venue.
2. The Complaint fails to state a claim upon which relief can be granted against these Defendants.
3. The Complaint may have failed to join a party or parties whose joinder is required under Indiana Trial Rule 19.
4. The Complaint may be barred by the doctrine of estoppel.
5. The Complaint may be barred by the doctrine of waiver.
6. At all times complained of, these Defendants acted in good faith and in conformity with all applicable standards, laws and regulations pertaining to their conduct and with objectively reasonable belief that their actions were lawful.
7. If the Plaintiff has been damaged as alleged, which is specifically denied, such damage is the result of the actions or omissions of Carl David Jewell, deceased.
8. If the Plaintiff has been damaged as alleged, which is specifically denied, such damage is the result of the negligence of third party or parties over whom these Defendants had no authority or control.
9. The Complaint may be barred by the doctrines of intervening and/or superseding cause.
10. The Complaint may be barred by the doctrines of comparative and/or contributory negligence.
11. The Complaint may be barred by the doctrine of qualified immunity.

12. To the extent that the Plaintiff asserts a claim for punitive damages, such claim should be dismissed as being in violation of the United States Constitution, including but not limited to the Fifth and Eighth Amendments, as applied to the States through the Fourteenth Amendment of the United States Constitution.
13. To the extent that the Plaintiff asserts a claim for punitive damages, such claim should be dismissed as being in violation of the Constitution of the State of Indiana, including but not limited to Article 1 Sections 1,12, 16, and 23.
14. To the extent that the Plaintiff asserts a claim for punitive damages, such claim is not permitted without proof of each and every element beyond a reasonable doubt, and, as such, violates these Defendants due process rights as guaranteed by the Fourteenth Amendment of the United States Constitution and the due process provision of the Constitution of the State of Indiana.
15. These Defendants plead and incorporate by reference each and every affirmative defense provided in the Federal Rules of Civil Procedure, including but not limited to those set forth in Rule 8, or in common law, which may be appropriate or applicable upon the facts as they are discovered in this action.
16. These Defendants reserve the right to plead further herein and specifically reserves the right to amend this Answer to assert any and all other affirmative defenses which facts or further discovery may reveal appropriate.

WHEREFORE, having Answered, these Defendants, Sandra McKinney, Mont'asha Murphy, Lynette Sullivan and Southern Health Partners, Inc. pray that the Complaint be dismissed and held for naught; for a trial by jury; for its costs and reasonable attorney's fees; and for any and all other relief for which it appears properly entitled.

Respectfully submitted,

STOLL KEENON OGDEN PLLC

*/s/ Douglass R. Bitner*

Douglass R. Bitner, Attorney No. 34981-49
Katie Ernwine, Attorney No. 39959-22
**STOLL KEENON OGDEN PLLC**
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
Doug.Bitner@skofirm.com
*Counsel for Defendants Sandra McKinney, Mont'asha Murphy, Lynette Sullivan and Southern Health Partners, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on **October 7, 2026**, a copy of the foregoing ***Answer*** was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Amy Robinson Staples
Elliot Slosar
Jon Loevy
Julia T. Quinn
**Loevy & Loevy**
amy@loevy.com
elliott@loevy.com
jon@loevy.com
jquinn@loevy.com
*Counsel for Plaintiff*

R. Jeffrey Lowe
**Kightlinger & Gray, LLP**
jlowe@k-glaw.com
*Counsel for Co-Defendants*

Justin M. Schaefer
Patrick Muldoon
**Barnes Maloney PLLC**
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Co-Defendants*

*/s/ Douglass R. Bitner*
Douglass R. Bitner